# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:20-CR-372-KDB |
|---|---|---|
| vs. | ) | **ORDER FOR DISMISSAL** |
| RON McQUAY GARLAND | ) | |

**THIS MATTER** is before the Court on the Government's "Motion to Dismiss Counts Six and Ten." (Doc. No. 37). The Government seeks to dismiss the counts based on the Fourth Circuit's decision in *United States v. Taylor*, 978 F.3d 73 (4th Cir. 2020). Leave of Court is hereby granted for the dismissal of COUNTS SIX and TEN of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

**SO ORDERED.**

Signed: February 3, 2021

Kenneth D. Bell
United States District Judge