IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00372-KDB-DSC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| RON MCQUAY GARLAND, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss Counts One and Two (Doc. No. 50) of the Bill of Indictment without prejudice. Leave of Court is hereby granted for the dismissal of COUNTS ONE and TWO of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED.**

Signed: June 28, 2021

Kenneth D. Bell
United States District Judge